UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Rothschild Broadcast Distribution Systems, LLC,<br>　　Plaintiff<br><br>v.<br><br>Dialpad, Inc.　　　,<br>　　Defendant | *<br>*<br>*<br>*<br>*　Civil No. 6:20-cv-01040<br>*<br>*<br>* |

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons, issued on the Plaintiff's Original Complaint, was served upon the Defendant named below on March 12, 2021, and it further appearing from the affidavit of counsel for Plaintiff that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiff, the default of the following named Defendant is hereby entered:

**Dialpad, Inc.**

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: *Leigh Anne Diaz*
Deputy Clerk
DATE: May 5, 2021