**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ROTHSCHILD BROADCAST<br>DISTRIBUTION SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DIALPAD, INC.,<br><br>        Defendant. | Civil Action No. 6:20-cv-01040-ADA |

## <u>STIPULATION TO SET ASIDE DEFAULT</u>

Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant DIALPAD, INC. ("Dialpad"), HEREBY STIPULATE as follows:

WHEREAS, Rothschild filed a proof of service indicating that service of the complaint and summons in this matter was served on Dialpad on March 12, 2021 (Dkt. No. 8);

WHEREAS, Dialpad never received a copy of the summons or complaint at its corporate offices or via any electronic means;

WHEREAS, the Clerk of the Court entered default on May 5, 2021 (Dkt. No. 10);

WHEREAS, Dialpad learned of the entry of default on May 24, 2021, and immediately contacted Rothschild;

WHEREAS, the Parties wish to cooperate in setting aside the default and providing a period of time for Dialpad to evaluate the Rothschild complaint and respond to it;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.      Pursuant to Fed. R. Civ. P. 55(c), the Parties hereby respectfully request that the

Court set aside the default entered by the Clerk in this matter;

2.      Dialpad shall respond to the Rothschild complaint by July 2, 2021.

IT IS SO STIPULATED.

Dated:  June 2, 2021

By: */s/ Jay Johnson, with permission*
 *by Michael E. Jones*
 Jay Johnson
 SBN 24067322
 KIZZIA JOHNSON PLLC
 1910 Pacific Avenue, Suite 13000
 Dallas, Texas  75201
 (214) 451-0164
 jay@kjpllc.com

By: */s/ Michael E. Jones*
 Michael E. Jones
 SBN 10929400
 POTTER MINTON, PC
 110 North College, Suite 500
 Tyler, TX 75702
 Telephone: 903-597-8311
 Facsimile: 903-593-0846
 mikejones@potterminton.com

*Attorneys for Plaintiff*     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 2, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Michael E. Jones*