## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**

      **Plaintiff,**

      **v.**

**DIALPAD, INC.,**

      **Defendant.**

**CIVIL ACTION NO. 6:20-cv-1040-ADA**

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Dialpad, Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated:  July 2, 2021

Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451 -0164
Fax: (214) 451-0165
jay@kjpllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on July 2, 2021.  Parties may access the foregoing through the Court's system.

*/s/Jay Johnson*
**JAY JOHNSON**